| | |
|---|---|
| 1 | **VICTOR N. PIPPINS** |
| | California State Bar No. 251953 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
| | 225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5030 |
| | Telephone No. (619) 234-8467 |
| 4 | Email: Victor_Pippins@fd.org |
| 5 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ2371 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| JOSE DE JESUS ZAMORA, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated: August 6, 2008        */s/ Victor N. Pippins*
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Defendant
                             Victor_Pippins@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  August 6, 2008                    /s/ *Victor N. Pippins*
                                          Federal Defenders of San Diego, Inc.
                                          225 Broadway, Suite 900
                                          San Diego, CA  92101-5030
                                          (619) 234-8467  (tel)
                                          (619) 687-2666  (fax)
                                          Victor_Pippins@fd.org email